# PAUL FRANCIS BALTON v. STATE OF MARYLAND

[No. 143, September Term, 1982.]

*Decided May 5, 1983.*

*Motion for reconsideration filed May 25, 1983; denied June 1, 1983.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Arthur M. Frank,* with whom were *Nathanson & Frank, P.A.* on the brief, for appellant.

*Diane G. Goldsmith, Assistant Attorney General,* with whom were *Stephen H. Sachs, Attorney General,* and *Stephanie J. Lane, Assistant Attorney General,* on the brief, for appellee.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 5th day of May, 1983

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.